UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division



FILED
in open Court
JUL - 6 2011
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL NO. 1:11CR317 |
| v. ) | |
| ) | 8 U.S.C. § 1326(a) |
| JOHN DOE ) | (Reentry of Removed Alien) |
| ) | |
| a/k/a Jose Nieves Campech-Ortega ) | |
| a/k/a Luis Garcia-Brito ) | |
| Defendant. ) | |

INDICTMENT

JULY 2011 TERM - at Alexandria, Virginia

COUNT ONE

(Reentry of Removed Alien)

THE GRAND JURY CHARGES THAT:

On or about May 14, 2011, in Manassas, Virginia, within the Eastern District of Virginia, the Defendant, JOHN DOE (also known as Jose Nieves Campech-Ortega and Luis Garcia-Brito), an alien, was found in the United States after having been previously removed therefrom, on March 14, 2008, and not having obtained the express consent of the Attorney General or the Secretary of Homeland Security to reapply for admission to the United States.

(In violation of Title 8, United States Code, Section 1326(a))

NEIL H. MacBRIDE
United States Attorney

*Jessica Malloy*
JESSICA R. C. MALLOY
Special Assistant United States Attorney

A TRUE BILL    Pursuant to the E-Government Act,
the original of this page has been filed
under seal in the Clerk's Office.

_____
Foreperson